| | |
|---|---|
| 1 | James D. Boyle, Esq. |
| 2 | Nevada Bar No. 08384 |
|   | Kendall Lovell, Esq. |
| 3 | Nevada Bar No. 15590 |
|   | HOLLEY DRIGGS LTD. |
| 4 | 400 S. 4th Street, Suite 300 |
|   | Las Vegas, NV 89101 |
| 5 | Telephone: 702-791-0308 |
|   | Email: jboyle@nevadafirm.com |
| 6 | Email: klovell@nevadafirm.com |

Steven E. Klein, Esq. (Pro hac vice)
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201
Telephone: 503-241-2300
Email: stevenklein@dwt.com

*Attorneys for Plaintiff Boiling Crab Franchise Co., LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC, | Case No. 2:20-cv-02298 -KJD-VCF |
| Plaintiff, | ~~EX PARTE~~ **MOTION FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER** |
| v. | **(Second Request)** |
| LIN TM HOLDING INC.. and ISEAFOOD, LLC, | |
| Defendants. | |

Plaintiff Boiling Crab Franchise Co., LLC, pursuant to LR IA 6-1, moves for a 30-day extension of the time for Defendants Lin TM Holding Inc. and Iseafood, LLC to answer the Complaint. This is Plaintiff's second such request, the Court having granted the first request at ECF No. 14.

The parties to this matter have reached a tentative agreement regarding settlement, which still needs to be reduced to a final written agreement.  The parties anticipate submitting a Rule 41 Notice of Dismissal once an agreement is finalized and signed.  In the interim, Plaintiff requests

1

EX PARTE MOTION FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER (Second Request)
Case No. 2:20-cv-02298
4811-9838-7668v.3 0095014-000105

a 30-day extension of the time for Defendants to answer to allow the parties to focus on their settlement efforts without the need to incur potentially unnecessary expense.

If granted, Defendants time to answer shall be extended as follows:

| Party | Current Deadline | Extended Deadline |
|---|---|---|
| Lin TM Holding Inc. | January 25, 2021 | February 24, 2021 |
| Iseafood, LLC | January 26, 2021 | February 25, 2021 |

For the reasons set forth above, Plaintiff respectfully requests that the Court grant an extension until February 24, 2012 of Lin TM Holding Inc.'s to answer and an extension until February 25, 2021 of Iseafood, LLC's time to answer.

DATED January 28, 2021.

        DAVIS WRIGHT TREMAINE LLP

        By */s Steven E. Klein/*
           Steven E. Klein, Esq. (Pro hac vice)
           1300 SW Fifth Avenue, Suite 2400
           Portland, OR  97201

        James D. Boyle, Esq. (NBN 08384)
        Kendal Lovell, Esq. (NBN 15590)
        HOLLEY DRIGGS LTD.
        400 S. 4th Street, Suite 300
        Las Vegas NV 89101

        *Attorneys for Plaintiff Boiling Crab Franchise Co., LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  1-28-2021